UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| PRISCILLA CARRION, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 2:13-CV-00109 |
| § | |
| PERFORMANT RECOVERY, INC., § | |
| § | |
| Defendant. § | |

# FINAL JUDGMENT

Pursuant to the parties' Stipulation of Dismissal Without Prejudice (D.E. 25), the Court enters Final Judgment dismissing this action without prejudice.

ORDERED this 22nd day of April, 2014.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE